263 U. S.  Cases Disposed of Without Consideration by the Court.

No. 723. PYRENE MANUFACTURING COMPANY *v.* HARRISON H. BOYCE ET AL.  January 28, 1924.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Mr. F. P. Warfield* for petitioner. *Mr. Charles Neave, Mr. Joseph H. Milans* and *Mr. Edmund Quincy Moses* for respondents.

No. 724. CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY *v.* JAMES B. FRYE.  January 28, 1924.  Petition for a writ of certiorari to the Supreme Court of the State of Minnesota denied.  *Mr. Thomas D. O'Brien, Mr. Thomas P. Littlepage, Mr. Alexander E. Horn* and *Mr. Edward S. Stringer* for petitioner.  *Mr. Frederick M. Miner* for respondent.

No. 725. JAY A. HEIDBRINK ET AL. *v.* ELMER I. MCKESSON.  January 28, 1924.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  *Mr. F. A. Whiteley* for petitioners.  *Mr. George E. Kirk* for respondent.

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT, FROM OCTOBER 1, 1923, TO AND INCLUDING JANUARY 28, 1924.

No. 2. HILLSBORO COAL COMPANY ET AL. *v.* EDWARD C. KNOTTS, UNITED STATES DISTRICT ATTORNEY, ETC., ET AL. Appeal from the District Court of the United States for the Southern District of Illinois.  October 1, 1923.  Dismissed, without costs to either party, per stipulation, on motion of *Mr. Solicitor General Beck* in that behalf.  *Mr. Stephen A. Foster, Mr. Rush C. Butler* and *Mr. James M. Graham* for appellants.